**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 45 MAL 2019

                Respondent        :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court

               v.                   :

SEAN M. DONAHUE,                :

                Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.